(1)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
NEW YORK,                                INDEX NO #

DURVEN DAWES sir
                    PLAINTIFF,    COMPLAINT
                                  JURY DEMAND
        AGAINST
THE CITY OF NEW YORK,
P.O JAMES ROMANO,
UC UNDERCOVER #
POLICE OFFICER, Shield 279,
AND POLICE OFFICERS "John
AND JANE DOES, (whose
NAMES AND SHIELDS
ARE UNKNOWN),

16CV1303

PLAINTIFF COMPLAINING OF THE DEFENDANTS
OF THE CITY OF NEW YORK,
P.O JAMES ROMANO Shield NO# 1748
UNDERCOVER POLICE OFFICER, Shield #279,
POLICE OFFICERS "JOHN AND JANE DOES",
UPON INFORMATION AND BELIEF ALLEGES
AS FOLLOWS:

(1)           INTRODUCTION,
This is an action at law to redress
the deprivation under color of
State, ordinance, regulation, custom,
or usage of rights, privileges,
and immunities secured to the →

Plaintiff by the Fourth, Fifth and Fourteenth Amendments to the Constitution of the United States, and by ~~Three~~ 42 U.S.C. 1983 and 1985

2. The Plaintiff seeks monetary damages for: the false arrest, wrongful arrest, false imprisonment, assault, beaten, and the refusal of the arresting police officers to seeks emergency medical treatment due to the assault, and asthma, detention, and malicious prosecution of Plaintiff Durwen Dawes Sir and for the use of excessive and unnecessary force against plaintiff, and for subjecting plaintiff to malicious abuse of criminal process, and otherwise, for the violation of the Plaintiff's federally guaranteed constitutional and civil rights, the plaintiff seeks whatever other relief is appropriate and necessary in order to serve the interest of justice and assure that his remedy is full and complete.

3    JURISDICTION.
     The Jurisdiction of this court is invoked pursuant to and under 28 U.S.C Sections 1331 and 1343(3) and (4) in conjunction with the Civil Rights Act of 1871, 42 U.S.C Section 1983, and under the Fourth and Fourteenth Amendments to the United States Constitution.

(4)  Jurisdiction is also invoked pursuant to and under 28 U.S.C Section 1367, entitled Supplemental Pendent Party Jurisdiction.

(5)  Plaintiff request that the Court invoke pendent jurisdiction over any and all claims arising under the laws and Constitution of the State of New York.

6    The state law claims have a common nucleus of operative facts with the federally based claims and they arise out of the same transaction(s) and occurrence(s) giving rise to the plaintiff's federally based claims and cause of action.

7. Plaintiff also invokes the jurisdiction of this court in conjunction with the Declaratory Judgment Act, 28 U.S.C Section 2201, et seq., this being an action in which plaintiff, while seeking monetary damages, also seeks declaratory and injunctive relief in such is deemed necessary and desirable and in the interest of justice in order to provide plaintiff with full and complete remedy for the violation of his rights

## PARTIES

8. Plaintiff, a Black male, is a resident of the city of New York, County and State of New York. Plaintiff resides at 72 Baruch Drive, Apartment 1E, New York, New York 10002

9. The city of New York is a municipal entity existing under the laws and constitution of the state of New York and was the employer of the defendant police officers through 7

(5)

its police department - The City of New York Police Department, and the actions of the police officers complained of herein were done as part of the custom, practice, usage, regulation, and, or direction of the City of New York.

10. At all times herein, individual defendants P.O. James Romano Shield #1748, Undercover Police Officer Shield #279, P.O. Tyrone Dux TAX# Reg #881773, John Does, and Jane Does were employed as police officers of the City of New York, State of New York and were acting under the color of their official capacity and their acts were performed under color of the statutes and ordinances of the City of New York, and the State of New York. Defendant police officers were the servants, agents and employees of their co-defendant, The City of New York. Notwithstanding the wrongful and illegal nature of their acts and conduct as hereafter described, they were taken in and during the course of their duties and functions as New York City police officers and incidental

to the otherwise lawful performance of the same.

11. Plaintiff has duly complied with all conditions precedent to filing of this action, within ninety days after each claim alleged in this complaint arose, a written notice of claim sworn to by plaintiff, and was served upon the Defendant City of New York by delivery of the notice in duplicate to the person designated by law, hearing was request on plaintiffs notice of claim. At least thirty days have elapsed since the service of the various notice of claim, and adjustment or payment of the claims has been neglected or refused.

12. On or about June 22/2014 about 10:30 pm in the County and State of New York Defendant undercover Detectives, police officers, U.C. undercover police officer shield No# 279 intentionally target plaintiff for their Buy And Bust operation. Plaintiff Dureen Dawes sin going about his personal business for his

8

When a white female and male stop plaintiff asking to buy drugs, plaintiff told them he don't have drug and don't know what they talking about. I was drag about five male search and throw insid a van park on South MacDugal Street, where I was assaulted, then drive around for hours, after I was taken to a police station house where there after thrown into a cell after strip search, where police officers looking for drugs and weapons inside his anus and that was standard proceeding. Neither drugs nor weapon were recovered from the strip search.

Before thrown inside a cell defendants took plaintiff's asthma pump and asthma medication. As a result plaintiff had difficulty breathing while confined in the cell. Plaintiff continued to ask for medical attention

9

When ignored for hours. By defendant police. Taken to the Hospital. At no time I consent to strip search, and no drugs were recovered from the unlawful, unlawful and humiliating search.

Plaintiff taken to Central Booking where I was Release on my own. The criminal charges drop months later by motion of District Attorney's office and Criminal Court Judge.

I declare under penalty of perjury that the foregoing is true and correct

Signed this 17/ day of February 2016

72 Baruch Drive
Apartment 1E
New York
New York 10002
347-593-4928

Plaintiff seeks one million dollars for pain and suffering, emotional stress, Emotional Distress, mental stress, And the loss and loving care of my children, And for Assault, strip search Humiliating strip search.

I declare under penalty of perjury that the foregoing is true and correct.

Feb 17/ 2016.

Durven Dawesin

D Dawesin

72 Baruch Drive
Apartment 1E
New York
New York 10002

Feb 17/ 2016.



**THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER**
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

**Scott M. Stringer**
COMPTROLLER

Date: 01/13/2015

## NOTICE OF 50-H HEARING

015 - 274

DURVEN DAWES
72 BARUCH DR APT 01E
NEW YORK, NY 10002

Re:Claimant Name : DURVEN DAWES
ClaimNumber: 2014PI012343

Dear Sir / Madam:

    Please take notice that, pursuant to Section 50-h of the General Municipal Law(GML), claimant is mandated by law to appear at the following location, at the date and time specified below, to be orally examined under oath relative to the occurrence and extent of injuries for which the above claim is made:

                Date of Hearing: 02/09/2015
                Time of Hearing: 11:00 AM

                Location of Hearing: KREZ & FLORES, LLP
                                   225 BROADWAY SUITE #2800
                                   NEW YORK, NY 10007
                                   212 266 0400

    The claimant should be accompanied by his or her attorney and all infant claimants must appear. Claimant is further mandated, pursuant to Section 93(d) of the New York City Charter and Section 50-h of the GML, to present him/herself for a physical examination at a date and location to be provided under separate cover.

    You will be called by the law office above to confirm the date and time of the hearing. At that time you can request a language interpreter for your client, if necessary. **If an interpreter has been ordered and the claimant or counsel fails to appear for the hearing without giving 48 hours prior written notice, counsel will be charged for the cost of the interpreter.**

    **Claimant will be permitted only one adjournment without cause.** Application for such adjournment should be made at least one week prior to the hearing date, in writing or by facsimile,

between 9am and 4pm, to the **Comptroller's Office, at the numbers indicated below**. Any additional adjournment must be requested, in writing or by facsimile, to the Comptroller's Office; it will be granted for good cause only and only if the hearing can be held prior to claimant's commencement of an action.

If a claimant fails to appear for a scheduled hearing, a default will be declared and claimant's failure to appear will be raised as an affirmative defense in any lawsuit filed.

You are requested to bring to the hearing copies of all documents relevant to this claim, including, but not limited to

       (1) Photographs of accident scene;
       (2) a prior written notice map;
       (3) copies of all medical and hospital records;
       (4) authorizations for the Comptroller's Office to obtain medical records;
       (5) authorizations for the Comptroller's Office to obtain employment records, loss of income documentation, and school records;
       (6) police reports.

Pursuant to State and Federal law, the Comptroller's Office is authorized to obtain, through its attorneys taking hearings, social security numbers for tax reporting purposes, and for the collection of liens held by the City and State.

Please be advised that nothing contained herein shall be construed as extending the statute of limitations beyond the statutory time.

                                        Sincerely,

                                        Marilyn Bodner, Esq.
                                        Director, Contract Services
                                        Bureau of Law and Adjustment
                                            (212) 669-2729
                                        Fax (212) 669-8811

DATE PRINTED: 1/6/2016 12:19:21 PM

**NEW YORK STATE**
**BENEFIT**
**IDENTIFICATION CARD**

ID NUMBER         CARD NUMBER
XS47076K          600486 8927 3470 762 48

DOB
01/02/1956

LAST NAME    DAWES
FIRST NAME / M.I.  DURVEN

*D. D[signature]*

600486
ACCESS NUMBER          SEQ #
8927 3470 762          48

Monthly Cash Grant 145.20.

Food Stamps/94 -

CASE #